IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D'ANDRE MONROE,<br><br>      Petitioner,<br><br>    v.<br><br>C. PHIEFFER,<br><br>      Respondent. | No. 2:19-CV-2174-MCE-DMC-P<br><br><br>ORDER |

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        Petitioner initiated this action with a motion for a 120-day extension of time to file a petition. See ECF No. 1. On November 25, 2019, the Court denied petitioner's motion for a 120-day extension of time and directed petitioner to file a petition within 30 days. See ECF No. 5. As of January 22, 2020, petitioner failed to comply and the court issued findings and recommendations that this action be dismissed for lack of prosecution. See ECF No. 7. On February 2, 2020, petitioner filed objections to the findings and recommendations. See ECF No. 8. On February 24, 2020, petitioner filed a second motion for an extension of time, see ECF No. 9, and on February 25, 2020, petitioner filed his petition, see ECF No. 10.

/ / /

/ / /

1

| | |
|---|---|
| 1 | Good cause appearing therefor, the Court hereby vacates the January 22, 2020, findings and recommendations, grants petitioner's second motion for an extension of time, and orders this action proceed on the petition filed on February 25, 2020, which will be addressed separately.  The Clerk of the Court is directed to terminate ECF Nos. 1, 7, and 9 as pending matters. |
| 6 | IT IS SO ORDERED. |

Dated: March 5, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE