**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

D'ANDRE MONROE,                                   No.  2:19-CV-2174-MCE-DMC-P

        Petitioner,

    v.                                           ORDER

C. PHIEFFER,

        Respondent.

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion for an extension of time (ECF No. 19) to file a response to the motion to dismiss filed by respondent. Good cause appearing therefor, the request is granted.  Petitioner may file a response within 30 days of the date of this order.

        IT IS SO ORDERED.

Dated:  June 10, 2020

_____

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1