IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D'ANDRE MONROE, | No. 2:19-CV-2174-MCE-DMC-P |
| Petitioner, | |
| v. | ORDER |
| C. PHEIFFER, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the Court is Petitioner's motion, ECF No. 24, for a ruling on Respondent's motion to dismiss. Petitioner's motion is denied as moot because the Court has issued findings and recommendations regarding Respondent's motion. See ECF No. 25. Petitioner has not filed objections within the time provided and the matter has been submitted for a final decision by the District Judge.

IT IS SO ORDERED.

Dated: February 17, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1